# Memorandum



| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - <br> AUBREY GOODWIN <br> SENTENCING GUIDELINES CASE | November 14, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk <br> U.S. District Court <br> Middle District of Alabama | Christopher A. Snyder <br> Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the November 14, 2006, Grand Jury:

> AUBREY GOODWIN
> 103 Holcombe Street
> Union Springs, Alabama 36089
>
> <u>LIMITS OF PUNISHMENT</u>
> Cts. 1 & 2:
> NMT $2,000,000 (unless prior felony drug
> conviction, then NMT $4,000,000) or twice gross
> loss to victim or twice gross gain
> to defendant, whichever is greatest;
> NLT 5Y, NMT 40Y (but if death or serious bodily
> injury results, then NLT 20Y, NMT Life, or if prior
> felony drug conviction, then NLT 10Y or NMT Life), or both;
> NLT 4Y SUP REL (unless prior felony drug
> conviction, then NLT 8Y);
> $100 AF;
> VWPA.
>
> Estimated trial time: 2 days