COURTROOM DEPUTY'S MINUTES                    DATE: February 20, 2007

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 3:41 - 3:42

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr273-MHT          **DEFENDANT(S)** Aubrey Goodwin

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Jennifer Hart |

❒ **DISCOVERY STATUS:**
   Completed except for audio tape

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   Some plea discussions
   Notice of intent to change plea to be filed on or before noon on May 23, 2007

❒ **TRIAL STATUS**
   Trial likely
   Trial time - 1 ½ days

❒ **REMARKS:**