## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06cr273-MHT** |
| | ) | |
| **AUBREY GOODWIN** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **AUBREY GOODWIN**, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(I) and (h)(8)(B)(iv), respectfully moves this Court to continue the trial of this matter past the currently scheduled June 4, 2007 trial term.  In support of this Motion, defendant would show the following:

1.      Mr. Goodwin is charged in a two-count indictment with distribution of a controlled substance.

2.      Since being appointed to represent Mr. Goodwin, undersigned counsel and the investigator assigned to this case have made numerous attempts to meet with the Defendant to develop a trial strategy.  Mr. Goodwin lives in Union Springs, Alabama and currently has no telephone service. Visits to the home to locate Mr. Goodwin proved unsuccessful.  However,  Mr. Goodwin recently made contact with undersigned counsel who then requested that he be present for the pretrial conference held May 14, 2007.

3.      During the pretrial conference, United States Magistrate Judge Susan Walker stressed to Mr. Goodwin the importance of maintaining contact with his counsel, especially considering the fact that Mr. Goodwin expressed a desire to go to trial.  Since the pretrial conference, Mr. Goodwin has contacted the undersigned at pre-arranged times and has scheduled meetings with

counsel and investigators to assist in trial preparation.  Mr. Goodwin, however, believes that he needs more time to adequately prepare for trial so that counsel can be effective in representing him on these charges, charges for which he faces a mandatory minimum 5 years imprisonment.

4.    Furthermore, undersigned counsel received additional discovery from the government on May 14, 2007.  As such, a continuance is essential to complete investigation this case.

5.    While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment.

6.    The government, by and through Assistant United States Attorney Chris Snyder, does not oppose this motion.

7.    Additionally, during the pretrial conference held May 14, 2007, Mr. Goodwin advised the Court that he does not oppose this motion and he agreed to waive his right to a speedy trial.  Mr. Goodwin is not in custody and following the pretrial conference, he met with United States Probation Officer Jason Dillon to submit to a drug test.  Mr. Goodwin tested negative for all illegal substances.

**WHEREFORE**, for the foregoing reasons, Mr. Goodwin respectfully requests that his trial date be continued from the presently scheduled date of June 4, 2007.

Dated this 16th day of May 2007.


Respectfully submitted,


s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder
Assistant United States Attorney

Respectfully submitted,

<u>s/Jennifer A. Hart</u>
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189