IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr273-MHT |
| | ) | |
| AUBREY GOODWIN | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** undersigned counsel, Jennifer A. Hart, and moves to withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of the Defendant, Aubrey Goodwin. In support of this Motion, counsel states the following:

1. On January 19, 2007, undersigned counsel was appointed to represent Mr. Goodwin with respect to the criminal charges he faces in the above- styled case.

2. During the pretrial conference on May 14, 2007, the undersigned counsel advised the Court that, since being appointed to represent Mr. Goodwin, the undersigned and an Investigator for the Federal Defender Office had made numerous unsuccessful attempts to meet with the Defendant to discuss trial strategy and prepare for his defense.

3. During the pretrial conference, United States Magistrate Judge Susan Walker stressed to Mr. Goodwin the importance of maintaining contact with his counsel, especially considering the fact that Mr. Goodwin expressed a desire to go to trial.

4. Following the pretrial conference, Mr. Goodwin moved to continue his case from the June 2007 trial term to the September 2007 trial term. It was the hope of the undersigned that the additional time would provide Mr. Goodwin and counsel with needed time to adequately prepare

for trial. That motion was granted, and the case is presently scheduled for the September 17, 2007 trial term.

5.  Unfortunately, since the pretrial conference, Mr. Goodwin has not maintained contact with his attorneys and he cancelled multiple meetings with the undersigned counsel, citing to car trouble each time.[1]

6.  The lack of face-to-face communication with the client has put severe strain on the attorney-client relationship in this case. That relationship has deteriorated to such an extent that the undersigned doubts whether Mr. Goodwin could receive, from the Federal Defender Office, the effective representation he deserves in this case. Thus, it is the belief of the undersigned that a new attorney may be able to establish a more productive and beneficial relationship with Mr. Goodwin.

7..  Undersigned counsel requests that on behalf of Mr. Goodwin, CJA Panel Attorney, John M. Poti, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Podi has been made aware of the nature of the conflict between Mr. Goodwin and his present counsel and has agreed to represent Mr. Goodwin should the Court appoint him to do so . Mr. Goodwin will not be prejudiced by such a change in counsel at this time.

**WHEREFORE**, undersigned counsel prays that undersigned counsel be permitted to withdraw from the representation of Mr. Goodwin and that CJA Panel Attorney, John M. Poti, be appointed to represent him.

Dated this 29th day of June 2007.

---

[1] Further explanation will be provided to the Court if requested.

       Respectfully submitted,

       <u>s/Jennifer A. Hart</u>
       **JENNIFER A. HART**
       FEDERAL DEFENDERS
       MIDDLE DISTRICT OF ALABAMA
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       jennifer_hart@fd.org
       AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder, AUSA.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189