IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr273-MHT |
| | ) | |
| AUBREY GOODWIN | ) | |

### **ORDER**

Upon consideration of defendant's motion to withdraw as attorney (Doc. # 16), filed June 29, 2007, and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for July 3, 2007 at 9:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to send copies of this order to counsel for defendant, Attorney John M. Poti, and the defendant. Mr. Poti shall attend the hearing as well as defendant's attorney, Ms. Hart, and defendant Goodwin is also specifically ORDERED to attend this hearing.

DONE, this 29th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE