**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:06cr273-MHT** |
| | ) | |
| **AUBREY GOODWIN** | ) | |

**NOTICE OF APPEARANCE**

    COMES NOW, John M. Poti, attorney at law, and presents notice to this Honorable Court, that he has been appointed to represent Aubrey Goodwin in the above-styled case.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher Snyder, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:    none   .

    s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com