IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr273-MHT |
| | ) | |
| AUBREY GOODWIN | ) | |

### ORDER

Upon consideration of defendant's counsel's motion to withdraw from representation (Doc. # 16), filed June 29, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Although the court finds that Federal Defender Jennifer Hart has diligently attempted to provide defendant effective assistance of counsel, it is persuaded that communications between defendant and his attorney have broken down and that new counsel should be appointed. Accordingly, CJA panel attorney John M. Poti is hereby appointed to represent the defendant in this matter, and he shall forthwith file a notice of appearance in this case.

DONE, this 5th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE