## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) | CR. NO. 2:06-cr-273-MHT |
| **AUBREY GOODWIN** | ) ) ) ) | |

### United States' Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Motion in Limine (Doc. No. 31), which has being filed approximately six hours after its due date.

AUSA Snyder been unable to obtain the position of the defendant's attorney, John Poti, Esq., prior to the filing of this Motion.

Respectfully submitted this 11th day of September, 2007,

                                                        LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      /s/ Christopher Snyder
                                                    CHRISTOPHER A. SNYDER
                                                    Assistant United States Attorney
                                                    131 Clayton Street
                                                    Montgomery, AL 36104
                                                    Phone: (334) 223-7280
                                                    Fax: (334) 223-7135
                                                    E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to John M. Poti, Esq.

    /s/ Christopher Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney