```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )       CR. NO. 2:06cr273-MHT
                              )
AUBREY GOODWIN                )
```

MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation in the indictment returned November 16, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 11th day of September, 2007.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY



                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              131 Clayton Street
                              Montgomery, Alabama 36104
                              Telephone:(334) 223-7280
```

CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    CR. NO. 2:06cr273-MHT |
| | ) |
| AUBREY GOODWIN | ) |

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE