IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr273-MHT |
| AUBREY GOODWIN | ) | |

## ORDER

It is ORDERED that the motion to permit filing (doc. no. 32) is granted.

DONE, this the 11th day of September, 2007.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE