IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr273-MHT |
| AUBREY GOODWIN | ) | (WO) |

## ORDER

It is ORDERED that the motions in limine (doc. nos. 28 & 31) are set for submission, without oral argument, on September 13, 2007, with all briefs due by said date.

DONE, this the 11th day of September, 2007.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE