```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr273-MHT |
| | ) | |
| AUBREY GOODWIN | ) | |

O R D E R

Upon consideration of the Motion to Strike (doc. no. 33) heretofore filed in the above-styled cause, and for good cause shown, including counsel for the defendant having orally stated that there is no objection, the Court is of the opinion that the motion should be, and it is ORDERED that the same is, GRANTED, and the forfeiture allegation is STRICKEN.

DONE, this the 12th day of September, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE