IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr273-MHT |
| AUBREY GOODWIN | ) | |

ORDER

This case having gone to trial on September 17, 2007, and the jury having been unable to reach a unanimous verdict, it is ORDERED as follows:

(1) A mistrial is declared.

(2) The jury selection and re-trial are set for December 10, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 20th day of September, 2007.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE