### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | CR. NO. 2:06cr273-MHT |
| ) | |
| AUBREY GOODWIN                   ) | |

## MOTION TO OBTAIN TRIAL TRANSCRIPT

COMES NOW, the Defendant, Aubrey Goodwin, by and through his CJA Panel Counsel, John M. Poti, Attorney at Law, and moves this Honorable Court to enter an order or orders authorizing the undersigned counsel to obtain a transcript of the trial held in this matter before this Honorable Court commencing on September 17, 2007, and directing the costs of such transcription be paid directly to the appropriate court reporter. As grounds for this Motion, the Defendant would state to wit:

1. A trial on this matter was conducted before this Honorable Court commencing on September 17, 2007. On September 18, 2007, the Jury stated that they were deadlocked as to Count 1 and Count 2 against Goodwin. The Court subsequently declared a mistrial.

2. The re-trial of this case is set for December 10, 2007.

3. That the transcript is required to assist counsel in determining, discerning, documenting, interpreting, and presenting argument in the re-trial of this matter.

4. That to proceed without a thorough review of the record would severely prejudice the Defendant.

5. That 18 U.S.C. § 3006A(e)(1) provides that counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them.

6. That Defendant Goodwin cannot afford to pay for this transcript, and that undersigned counsel was appointed to represent Defendant Goodwin pursuant to the Criminal Justice Act. Mr. Goodwin has not contributed and cannot contribute any funds to his defense.

7. Counsel does not believe that he can, without a review of this transcript, adequately present evidence and argument for the Defendant during the December 10, 2007 trial.

8. If Mr. Goodwin is not provided with this transcript, he will be deprived of due process of law, the equal protection of the laws, the effective assistance of counsel, and his right to present evidence on his own behalf. Under these circumstances, the Constitution of the United States as well as other applicable law require that funds for the transcription services be provided.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Goodwin prays this Honorable Court for an Order authorizing him to obtain a copy of the transcript of the trial held September 17, 2007 through September 18, 2007.

Respectfully submitted this 14th day of November, 2007.

/s/ John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Louis Franklin, Jerusha Adams , and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none                    .

/s/ John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com