IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUBREY GOODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cr273-MHT |
| ) | |
| AUBREY GOODWIN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of defendant's transcript request (Doc. # 48), filed November 14, 2007, which the court construes as a motion for copy of transcript, and for good cause, it is hereby

ORDERED that the motion be and hereby is GRANTED. It is ORDERED that a transcript be prepared of the trial in this matter which commenced on September 17, 2007. When the transcript is prepared, the Clerk of the Court is DIRECTED to provide a copy of the transcript to the attorney for defendant.

DONE, this 26th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE