IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr273-MHT |
| | ) | |
| AUBREY GOODWIN | ) | |

**REQUEST FOR QUESTIONS TO PROSPECTIVE JURORS
ON VOIR DIRE EXAMINATION**

COMES NOW Aubrey Goodwin, the Defendant herein, by and through his undersigned counsel, and respectfully requests this Honorable Court to ask the following questions of the prospective jurors on *voir dire* examination and obtain information sought by such questions. The Court is requested to pursue more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate. This request is made in order that the Defendant and his attorney may consider the information obtained when making challenges for cause and peremptory strikes in the selection of the jury to serve in this case.

1. Are you related by blood or marriage, or have you worked with, or are you personally acquainted with, any of the persons you have seen here in Court today or whose names you have heard in Court today?

2. Has any member of your family, friend, or acquaintance ever worked in any type of law enforcement related job?

3. Do you think a law enforcement official has more credibility than a person who is not in law enforcement?

4. Would you give greater credence to the testimony of a law enforcement officer merely because he is such an officer?

5. Do any of you have a fixed opinion about this case or any case where someone is accused of a crime?

6. The Government has the burden of proof and the defendant is not required to meet any burden. Do any of you have any problems accepting the legal presumption that a defendant is presumed to be innocent until proven guilty or that the Government must prove the defendant guilty beyond a reasonable doubt?

7. Do you believe a defendant is guilty merely because he is charged with a crime.

8. A defendant is not required to prove his innocence and is not required to testify in any criminal case. Is there anyone who would believe that the defendant is guilty because he did not testify?

9. Do any of you believe that the defendant is probably guilty or he would not be here today?

10. Do any of you feel that the accusations contained in the indictment are probably true because the grand jury issued it?

11. Have any of you ever sworn out a warrant or otherwise brought criminal charges against another person?

12. Do you have a family member, friend, or acquaintance that has been involved with controlled substances in some way?

a. If so, what is your relationship to this person and in what manner has their life been affected?

b. Do you blame this incident on the individual who provided your friend or family member with the illegal narcotics?

13. Are any of you members of VOCAL (Victims of Crime and Leniency)?

14. Do you, family members, or friends have any involvement with any drug treatment or counseling program?

15. Is there any other matter that may have some bearing on your ability to serve as a juror on this case?

16. Do you know of any reason that may prevent you from doing your sworn duty to render an impartial verdict based solely upon the evidence presented in this trial and the law as you receive it in the Court's instruction?

Respectfully submitted this 3rd day of December, 2007.

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 866-780-9012
E-mail: john@jmpoti.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerusha Adams, Louis Franklin, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   none   .

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 866-780-9012
E-mail: john@jmpoti.com