IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr273-001-WHA |
| AUBREY GOODWIN | ) | |

## **VERDICT**

As to the charge in Count I of the Indictment, we, the jury, find the Defendant, Aubrey Goodwin,

_____   Not Guilty

\_\_\_✓\_\_\_\_\_   Guilty

If you find Defendant Goodwin guilty of Count I, please indicate the net amount of controlled substances you determine the Defendant knowingly distributed:

\_\_22.9\_\_\_   net grams

As to the charge in Count II of the Indictment, we, the jury, find the Defendant, Aubrey Goodwin,

_____   Not Guilty

\_\_\_✓\_\_\_\_\_   Guilty

If you find Defendant Goodwin guilty of Count II, please indicate the net amount of controlled substances you determine the Defendant knowingly distributed:

\_\_17.7\_\_\_   net grams

DONE, this ___17th___ day of December, 2007.

_____
Foreperson