IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )

vs. )    CR. NO. 2:06cr273-WHA

AUBREY GOODWIN )

## <u>ORDER</u>

Due to a conflict which has arisen in the court's calendar, the sentencing of the

Defendant, previously scheduled for February 21, 2008, is RESCHEDULED for February 27,

2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

DONE this 3rd day of January, 2008.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE