**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr273-WHA |
| | ) | |
| AUBREY GOODWIN | ) | |

**NOTICE OF APPEAL**

COMES NOW the Defendant, Aubrey Goodwin, by and through counsel, and gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from the jury verdict of guilty on December 17, 2007, and the Judgement and sentence entered on February 29, 2008, in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Respectfully submitted this 29th day of February, 2008.

s/John M. Poti
JOHN M. POTI (POT013)
Attorney for Aubrey Goodwin
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
E-mail: john@jmpoti.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Jerusha Adams, Louis Franklin</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>  none  </u>.

      s/John M. Poti
      JOHN M. POTI (POT013)
      Attorney for Aubrey Goodwin
      696 N. Silver Hills Drive, Suite 102
      Prattville, Alabama 36066-6184
      TEL: (334) 361-3535
      FAX: 1-866-780-9012
      E-mail: john@jmpoti.com