**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA**

DEBRA P. HACKETT
CLERK

MAILING ADDRESS:
U. S. DISTRICT COURT
ONE CHURCH ST., RM B-110
MONTGOMERY, AL 36104
(334) 260-7995

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re:   District Court No <u>CR-06-A-273-N</u>

Court of Appeals No **08-10980E**

### USA VS. AUBREY GOODWIN

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☒ First Notice of Appeal:  Yes ☒  No ☐  Other notices (dates):_____
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is: **MYRON H. THOMPSON**
- ☒ The Court Reporter (s) is/are: **MITCHELL REISNER**
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☒ The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:
- ☐ Motion for Certificate of Appealability and/or
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☐ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; __ Supplemental file(s)
- ☐ ORIGINAL PAPERS:__Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folders
- ☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Yolanda Williams
Deputy Clerk

cc: Court file

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 05, 2008

**Appeal Number: 08-10980-E**
Case Style: USA v. Aubrey Goodwin
District Court Number: 06-00273 CR-A-N

TO:  John M. Poti

CC:  Debra P. Hackett

CC:  Christopher A. Snyder

CC:  John T. Harmon

CC:  Jerusha T. Adams

CC:  Louis V. Franklin, Sr.

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2008

John M. Poti
Attorney at Law
696 SILVER HILLS DR
PRATTVILLE AL 36066-6184

**Appeal Number: 08-10980-E**
Case Style: USA v. Aubrey Goodwin
District Court Number: 06-00273 CR-A-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. [See 11th Cir. R. 11-3].

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept **motions or other filings** from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

In any direct criminal appeal from a judgment entered pursuant to the Sentencing Guidelines, counsel or parties proceeding pro se must contact the district court to ensure that the record includes the presentence investigation report (PSI) and " the information submitted during the sentencing proceedings." See 18 U.S.C.§3742(d).

In any criminal appeal in which there is an issue involving the validity of the guilty plea, counsel or parties proceeding pro se must contact the district court to ensure that the record includes a transcript of the guilty plea colloquy.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

c: District Court Clerk

DKT-1  (11-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

March 05, 2008

**Appeal Number: 08-10980-E**
Case Style: USA v. Aubrey Goodwin
District Court Number:  06-00273 CR-A-N

TO:   John M. Poti

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2008

John M. Poti
Attorney at Law
696 SILVER HILLS DR
PRATTVILLE AL 36066-6184

**Appeal Number: 08-10980-E**
Case Style: USA v. Aubrey Goodwin
District Court Number: 06-00273 CR-A-N

Party To Be Represented: AUBREY GOODWIN

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above. This work is comparable to work performed pro bono publico. The fee which you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C.§ 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Your Criminal Justice Act (CJA) Voucher is enclosed. The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled "Eleventh Circuit Plan Under the Criminal Justice Act"

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122. For all other questions, please call the "Reply To" number shown below.

Within 10 days from this date, you must file the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after filing the notice of appeal, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required by for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled.

Your claim for compensation under the Act should be submitted within 60 days after issuance

of mandate or filing of a *cert.* petition. We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and *cert.* petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed.

Thank you for accepting this appointment under the Criminal Justice Act.

> Sincerely,
>
> THOMAS K. KAHN, Clerk
>
> Reply To: Gloria Powell (404) 335-6184

CJA-1 (8-2007)